C. Marie Eckert, P.C., OSB No. 883490
marie.eckert@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Fax:  503.224.0155

Kay M. Brady (*pro hac vice* pending)
Michael J. Lynch (*pro hac vice* pending)
D. Syed Ali (*pro hac vice* pending)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone:  (412) 355-6500

Attorneys for Plaintiffs Kaiser Gypsum Company,
Inc. and Hanson Permanente Cement, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>OUT OF DISTRICT & BANKRUPTCY CASE<br><br>KAISER GYPSUM COMPANY, INC., and HANSON PERMANENTE CEMENT, INC. (f/k/a Kaiser Cement Corporation),<br><br>        Debtors. | Case No. 00-99999-rld7<br><br>Adv. Proc. No. 16-03127-rld<br><br>Chapter 11<br><br>DECLARATION OF CHARLES E. McCHESNEY II |
| KAISER GYPSUM COMPANY, INC., and HANSON PERMANENTE CEMENT, INC. (f/k/a Kaiser Cement Corporation),<br><br>        Plaintiffs, | |

Page 1 of 5    Declaration of Charles E. McChesney II

70133190.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

|   |   |
|---|---|
| v.<br><br>AIU INSURANCE COMPANY et al.,<br><br>Defendants. |   |

I, Charles E. McChesney II, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a Vice President, the Secretary, and a Director of both Kaiser Gypsum Company, Inc. ("Kaiser Gypsum") and Hanson Permanente Cement, Inc. ("Kaiser Cement"; collectively with Kaiser Gypsum, "the Debtors"), which are Plaintiffs in the above-captioned lawsuit ("Coverage Action"). I have held these positions with the Debtors since October 1, 2010.

2. I am also a Vice President, the Secretary, the Chief Legal Counsel, and a Director of Three Rivers Management, Inc. ("TRMI"), an affiliate of the Debtors, and have served in those capacities since October 1, 2010. Prior to that time, I was an Assistant Secretary of TRMI and have been an employee of TRMI since May 2005. Pursuant to a contract with Kaiser, TRMI provides asbestos and environmental liability management services for, and acts as agent on behalf of, each of the Plaintiffs.

3. Prior to my employment with TRMI, I was employed by K&L Gates LLP as an attorney.

4. I earned a bachelor of arts degree from Cornell University in 1992. I also earned a master of arts degree in public policy and management from The Ohio State University in 1998. Further, I earned a juris doctorate degree from The Ohio State University in 1999. I have been licensed to practice law since 1999 and have been employed as legal counsel in either private practice or as in-house counsel since 1999. I have been involved in management of

Page 2 of 5    Declaration of Charles E. McChesney II

70133190.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

Kaiser's asbestos and environmental liabilities for over seven years. I reside in the Commonwealth of Pennsylvania.

5. I submit this declaration in support of the Debtors' Opposition to the Motion to Transfer and the Debtors' Motion to Remand.

6. Except as otherwise indicated, all facts set forth in this declaration are based upon: (a) my personal knowledge; (b) information supplied to me by other members of the Debtors' management or the Debtors' professionals; (c) my review of relevant documents; and/or (d) my opinion based on my experience and knowledge of the Debtors' operations and financial condition. If called upon to testify, I could and would testify competently to the facts set forth herein.

I. **Kaiser's Corporate Structure and Operations**

7. Kaiser Cement is an Arizona corporation with its headquarters and principal place of business in Irving, Texas.

8. Kaiser Cement is the parent company of Kaiser Gypsum. In 1952, Kaiser Cement formed Kaiser Gypsum, then a California corporation, as a new, wholly-owned subsidiary. As a result of a later merger, Kaiser Gypsum Company became a Washington corporation. On May 23, 2016, Kaiser Gypsum changed its state of incorporation from Washington to North Carolina.

9. Kaiser Gypsum's principal place of business is in Irving, Texas.

10. The Debtors' corporate documents relating to its historical operations, including those at the site in St. Helens, Oregon (the "St. Helens Site") and at the several sites where it formerly operated at or near the Lower Duwamish Waterway in Seattle, Washington (the "LDW Site") are stored in various locations, including Portland, Oregon; Vancouver, Washington, Oakland, Sacramento, San Diego, and Los Angeles, California; Dallas, Texas; Seattle, Washington and Pittsburgh, Pennsylvania.

Page 3 of 5    Declaration of Charles E. McChesney II

70133190.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

## II. Evidence Relevant to the Insurance Coverage Action

11. The Coverage Action involves two sites, the St. Helens Site in Oregon and LDW Site in Washington.

12. As a courtesy and pursuant to non-disclosure agreements, the Debtors informed their insurers of the commencement of this action on September 29, 2016. The London Market insurers filed a competing action against only Kaiser Cement in California the next day, mere minutes before the Debtors filed their voluntary petitions.

13. Due to the respective locations of the St. Helens Site and the LDW Site, the vast majority of fact witnesses (and likely some of the experts) who can be expected to testify regarding the Sites are also in Oregon and Washington.

14. Specifically with respect to the St. Helens Site, the only known fact witness with knowledge of the Site's historical operations is a long-term resident of Oregon, who has lived in Oregon since at least the early 1960s.

15. Most of the environmental consultants involved in the investigation and remediation of the St. Helens Site are located in Portland, Oregon.

16. As best as I have been able to ascertain, only one environmental consultant involved in the investigation and remediation of the St. Helens Site resides in North Carolina.

17. The majority of documents related to environmental investigation, conditions, and cleanup at the St. Helens Site are located in Oregon.

18. The Debtors' document repository for the LDW Site is managed by its legal counsel in the LDW Site allocation process and is situated in Vancouver, Washington.

19. While historical documents relating to St. Helens Site operations and the various LDW Site locations where the Debtors operated are located in several different locations (including Portland, Oregon and Vancouver, Washington), none of those documents are located in North Carolina.

Page 4 of 5   Declaration of Charles E. McChesney II

70133190.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

20. The Debtors' insurance coverage attorneys are located in Portland, Oregon, and Pittsburgh, Pennsylvania.

21. As best as I have been able to ascertain, none of the Debtors' approximately 50 primary and excess insurers are located in North Carolina.

22. As best as I have been able to ascertain, none of the relevant insurance policies were negotiated or executed in North Carolina.

23. Certain of the Debtors' approximately 50 primary and excess insurers currently are party to an asbestos insurance coverage case involving Kaiser that is on appeal in a district other than the Western District of North Carolina.

24. As best as I have been able to ascertain, the Debtors do not currently anticipate having any unwilling witnesses in this Coverage Action or needing to subpoena any unwilling witnesses outside of the subpoena powers available in Oregon.

25. The Debtors do not believe that their bankruptcy estates would receive any benefit from having this Coverage Action heard by the Bankruptcy Court for the Western District of North Carolina.

26. The Debtors believe that transferring venue of the Coverage Action to the Western District of North Carolina would increase the costs to the estate of ensuring the availability of relevant witnesses and by potentially bifurcating aspects of the case between the Bankruptcy Court and the District Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2016.

_____
Charles E. McChesney II

Page 5 of 8    Declaration of Charles E. McChesney II

70133190.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I certify that I served the foregoing Declaration of Charles E. McChesney II on:

Thomas W. Brown
Cosgrave Vergeer Kester LLP
888 SW 5th Avenue, Suite 500
Portland, OR  97204
Phone:  503 323-9000
Fax:  503 232-9019
E-mail:  tbrown@cosgravelaw.com;
tbrown@cvk-law.com

Adam E. Jones
Fosberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA  98164-2047
Phone:  206-689-8501
E-mail:  ajones@foum.law

Attorney for Defendants AIU Insurance Company. Granite State Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA

Adam E. Jones
Fosberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA  98164-2047
Phone:  206-689-8500
E-mail:  ajones@foum.law

Attorney for Defendants Allianz Underwriters Insurance Company, Allstate Insurance Company, Associated International Insurance Company, Columbia Casualty Company; The Continental Insurance Company, Executive Risk Indemnity, Inc., Fireman's Fund Insurance Company, Munich Reinsurance America, Inc., National Fire Insurance Company of Hartford, Old Republic Insurance Company, TIG Insurance Company, United States Fire Insurance Company, Certain Underwriters at Lloyd's of London, Certain London Market Insurance Companies, Accident & Casualty Insurance Company, Alba General Insurance Company Ltd., Anglo French Insurance Company Limited, The Anglo Saxon Insurance Association, Assurance Compagniet Baltica-Skandinavia Aktieselskab, Baloise Fire Insurance Company Limited, Brittany Insurance Company, CX Reinsurance Company Limited, The Dominion Insurance Company Limited, Excess Insurance Company Limited, Fidelidade Insurance Company, Harper Insurance Company Limited, The London and Edinburgh Insurance Company Limited, Markel International Insurance Company, National Casualty Company of America Ltd., River Thames Insurance Company Limited, The Royal Scottish Insurance Company Ltd., St. Katherine Insurance Company Limited, Stronghold Insurance Company Limited, Tenecom Limited, Trent Insurance Company Limited, UnionAmerica Insurance Company Limited, Winterthur Swiss Insurance Company, World Auxilliary Insurance Corporation Limited, Zurich International Limited, John Does 1-100, and Westport Insurance Corporation

Page 1 of 3    Certificate of Service

70133190.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

Damon L. Henrie
Katie L. Smith
Henrie & Smith, LLP
15455 SW Greenbrier Pkwy, Suite 125
Beaverton, OR  97006
Phone:  503-593-8548
E-mail:  dhenrie@henriesmith.com

Katherine M. Hance
James P. Ruggeri
Shipman & Goodwin LLP
1875 K. Street NW, Suite 600
Washington, D.C.  20006

Adam E. Jones
Fosberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA  98164-2047
Phone:  206-689-8500
E-mail:  ajones@foum.law

Attorneys for First State Insurance Company, London & Edinburg Insurance Company, Ltd. New England Reinsurance Corporation, and Twin City Fire Insurance Company

Adam E. Jones
Fosberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA  98164-2047
Phone:  206-689-8500
E-mail:  ajones@foum.law

Jay William Beattie
Jay W Beattie
Lindsay Hart LLP
1300 SW 5th Avenue,  Suite 3400
Portland, OR  97201
Phone:  503 226-7677
Fax:  503 226-7697
E-mail:  jbeattie@lindsayhart.com

Attorneys for Truck Insurance Exchange

Adam E. Jones
Fosberg & Umlauf, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA  98164-2047
Phone:  206-689-8500
E-mail:  ajones@foum.law

Peter Jeffrey Mintzer
Selman Breitman LLP
800 Fifth Avenue, Suite 4100
Seattle, WA  98104-3100
Phone:  206-447-6461
Fax:  206-447-6461
E-mail:  pmintzer@selmanlaw.com

Attorneys for Defendants National Casualty Company, and Sentry Insurance a Mutual Company

Douglas R. Pahl
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR  97209
Phone:  503 727-2087
Fax:  503 727-2222
E-mail:  dpahl@perkinscoie.com

Attorneys for Owens Corning

Page 2 of 3    Certificate of Service

70133190.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

| | |
|---|---|
| Brandy A. Sargent<br>Stoel Rives LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>Phone: 503 294-9888<br>Fax: 503 220-2480<br>E-mail: brandy.sargent@stoel.com<br><br>Attorneys for Armstrong World Industries, Inc. | Adam E. Jones<br>Fosberg & Umlauf, P.S.<br>901 Fifth Avenue, Suite 1400<br>Seattle, WA 98164-2047<br>Phone: 206-689-8500<br>E-mail: ajones@foum.law<br><br>Joseph M. Vanleuven<br>Davis Wright Tremaine LLP<br>1300 SW 5th Avenue, Suite 2400<br>Portland, OR 97201<br>Phone: 503 778-5325<br>Fax: 503 778-5299<br>E-mail: joevanleuven@dwt.com<br><br>Attorneys for Transport Indemnity Company |

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Overnight courier, delivery prepaid.**

DATED this 3rd day of November, 2016.

/s/ C. Marie Eckert
C. Marie Eckert, P.C., OSB No. 883490
marie.eckert@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

Attorneys for Plaintiffs Kaiser Gypsum Company, Inc. and Hanson Permanente Cement, Inc. (f/k/a Kaiser Cement Corporation)

Page 3 of 3    Certificate of Service

70133190.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204